IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HESKETT,<br>    Plaintiff,<br>  v.<br>MICHAEL J. ASTRUE,<br>    Defendant. | No. C 08-00790 CRB<br>**BRIEFING ORDER** |

The plaintiff shall file an opposition to the defendant's motion to dismiss on or before Monday, June 16, 2008. The government shall file a reply, if any, on or before Monday, June 23, 2008.

**IT IS SO ORDERED.**

Dated: June 2, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\790\Briefing Order.wpd