IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN HESKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL ASTRUE,<br><br>    Defendant. | No. C 08-00790 CRB<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff, who failed to file an opposition to Defendant's motion to dismiss, is hereby ordered to show cause why the Court should not grant Defendant's motion. Plaintiff is advised that if she does not provide justification to the Court on or before Thursday, July 3, 2008, the motion to dismiss will be granted.

**IT IS SO ORDERED.**

Dated: June 26, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\0790\Order to Show Cause.wpd