1  MICHAEL J. WALL
   Attorney at Law
2  Cal. State Bar #49845
   P.O. Box 2808
3  Santa Rosa, CA 95405
   Tel.: 707-575-9170
4
   Attorney for Plaintiff
5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN M. HESKETT, | ) |
| Plaintiff, | ) Case No. C 08-00790 CRB |
| | ) |
| v. | ) STIPULATION OF |
| | ) DISMISSAL WITHOUT PREJUDICE |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) [F.R.C.P. 41(a)(1)] |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff voluntarily dismisses this action without prejudice.

/

/

/

/

/

STIPULATION OF DISMISSAL       Page 1 of 1       Case No. C-08-00790 CRB

1  Dated: June 16, 2008                    signed /MICHAEL J. WALL/
2                                          by _____
3                                              Michael J. Wall
                                           Attorney for Plaintiff Kathleen M. Heskett
4

5  Dated: June 19, 2008                    signed /ARMAND D. ROTH/
6                                          by _____
7                                              Armand D. Roth
                                           Special Assistant United States Attorney
8                                          and Attorney for the Commissioner
9

10

11            ORDER

12

13 PURSUANT TO STIPULATION, IT IS SO ORDERED.

14 Dated:   June 30, 2008

15

16

17 
   Charles R. Breyer
18 United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL          Page 2 of 1          Case No. C-08-00790 CRB